RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/24/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICK RENISON JOHN #19025-018 | DOCKET NO. 11-CV-254; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| MARIA MEDINA | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED**.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 24th day of May, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE